

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>HARRISON MARUJE MUREITHI,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR20-00040(A)-DOC<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of  the Court                              , IT IS ORDERED that a detention hearing is set for  August 6, 2020                    ,            , at  11:00     ☒a.m. / ☐p.m. before the Honorable  Douglas F. McCormick, U.S. Magistrate Judge            , in Courtroom  10D and by video conference   .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  August 5, 2020              

Douglas F. McCormick
U.S. ~~District Judge~~/Magistrate Judge